UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAYMOND XAVIER, | Case No. 2:25-cv-1012-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| DAVID GONZALES, *et al.*, | |
| Defendants. | |

I entered a scheduling order in this case on January 27, 2026. ECF No. 30. Plaintiff has filed two pending motions seeking extensions of time. First, he has filed a motion to delay his deposition pending retention of private counsel. ECF No. 30. This motion appears moot, and I will deny it as such based on the letter from opposing counsel agreeing to delay the deposition. ECF No. 31 at 3. Second, plaintiff asks for a modification of the scheduling order, pending appointment of the aforementioned private counsel. *Id.* at 1-2. I will deny this motion. Once plaintiff's counsel has filed an appearance, I will set a new scheduling order. It appears, based on willingness to postpone plaintiff's deposition, that opposing counsel is informed of the imminent appearance of counsel and is amenable to future modification of the scheduling order.

It is, therefore, ORDERED that plaintiff's motions, ECF Nos. 30 & 31, are DENIED.

IT IS SO ORDERED.

Dated:   April 8, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE