UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAYMOND XAVIER, | Case No.  2:25-cv-1012-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| DAVID GONZALES, *et al.*, | |
| Defendants. | |

Plaintiff has filed a substitution of attorney form, ECF No. 33, seeking to "substitute" Chijioke O. Ikonte as his counsel in this case.  I find that a substitution form is an unnecessary vehicle for making an appearance in this case, however, as there is no licensed attorney being substituted.  Instead, his newly retained counsel may simply file a notice of appearance within fourteen days of this order's entry.

IT IS SO ORDERED.

Dated:    May 15, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1