UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAYMOND XAVIER, | Case No.  2:25-cv-1012-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| DAVID GONZALEZ, *et al.*, | |
| Defendants. | |

Defendants request modification of the scheduling order and ask that the deadlines for discovery and pretrial motions be extended.  ECF No. 35.  Their motion will be granted.

It is, therefore, ORDERED that defendants' motion for extension of time, ECF No. 35, is GRANTED and the new deadline for completion of discovery, including the filing of any motion to compel is August 27, 2026.  The new deadline for the filing of pretrial motions, including any motion for summary judgment, is November 26, 2026.

IT IS SO ORDERED.


Dated:    May 29, 2026                                        _____

                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE

1