UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAYMOND XAVIER,<br>Plaintiff,<br>v.<br>DAVID GONZALEZ, *et al.*,<br>Defendants. | Case No. 2:25-cv-1012-JDP (P)<br><br>ORDER |

Defendants have moved to modify the scheduling order and extend the deadlines for discovery and dispositive motions. ECF No. 38. Good cause being shown, the motion is granted.

It is ORDERED that defendants' motion for extension of time, ECF No. 38 is GRANTED. The new deadline to complete discovery, including the filing of any motion to compel is December 28, 2026. The new deadline to file any dispositive or pretrial motion is March 26, 2027.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE